# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAMONT WHITE, )<br>)<br>Defendant. ) | No. 17-00257-01-CR-W-DGK |

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion to Suppress (Doc. 15), the Government's opposition (Doc. 20), Defendant's reply suggestions (Doc. 22), United States Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. 39), and Defendant's objections (Doc. 42). The Court has also reviewed the transcript from the suppression hearing (Doc. 33) and the admitted exhibits.

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, *see* L.R. 74.1(b), the Court ADOPTS the Report and Recommendation (Doc. 39) and DENIES Defendant's Motion to Suppress Evidence (Doc. 15).

**IT IS SO ORDERED.**

Date: August 13, 2018          /s/ Greg Kays
                               GREG KAYS, CHIEF JUDGE
                               UNITED STATES DISTRICT COURT