# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-00257-01-CR-W-DGK |
| ) | |
| LAMONT WHITE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 9, 2017, the Grand Jury returned a one-count indictment against Defendant Lamont White, charging him with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder
    Case Agent: John Straubel, KCPD
    Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 5 with stipulations as to nexus and chain of custody (see below); 10 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS**
    Government: 20 exhibits
    Defendant: 2 exhibits for Defendant

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** **1.5 days total**
    Government's case including jury selection:
    Defense case: day

**STIPULATIONS**:
Possible stipulation as to prior conviction. Government proposed stipulation to chain of custody and nexus. Defense counsel will discuss stipulation as to nexus with defendant but will not stipulate as to chain of custody.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: **Due on or before October 16, 2018**
    Defense: **Due on or before October 16, 2018**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, October 24, 2018.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:**
Government indicated that there is a potential motion in limine regarding 404(b) evidence. The Government does not expect that there are any novel issues in the motion. The Government will file the motion in limine as soon as possible.
None for defense.

**TRIAL SETTING**: Criminal jury trial docket commencing October 29, 2018.
    **Please note:** Recent counter-offer on a plea agreement is under consideration. Government requests second week. Defense counsel has no objection to second week.

    **IT IS SO ORDERED.**

    */s/ Lajuana M. Counts*
    Lajuana M. Counts
    United States Magistrate Judge