# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-00257-01-CR-W-DGK |
| LAMONT WHITE, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 9, 2017, the Grand Jury returned a one-count Indictment charging that on or about March 15, 2017, the Defendant, Lamont White, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm.

The following matters were discussed and actions taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder
    Case Agent: Det. John Straubel
    Defense: Ronna Holloman-Hughes

**OUTSTANDING MOTIONS**: none

**TRIAL WITNESSES**:
    Government: 6 with stipulations; 8 without stipulations
    Defendant: 1 witness, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 40 exhibits
    Defendant: approximately 5 exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; ( ) Possibly for trial; ( X ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
  Government's case including jury selection: 1.5 day(s)
  Defendant: .5 day(s)

**STIPULATIONS**: Interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

  **Witness and Exhibit List**
    Government: **Updated list(s) due on or before November 19, 2019.**
      Proposed Witness List filed October 24, 2018

    Defendant: **Updated list(s) due on or before November 19, 2019.**
      Proposed Witness List filed October 29, 2018
      Proposed Exhibit List filed October 29, 2018

  **Counsel are requested to list witnesses in alphabetical order on their witness list.**

  **Exhibit Index, Voir Dire, Jury Instructions: Amendments due on or before November 27, 2019.**
    Government's Proposed Voir Dire filed October 24, 2018
    Government's Proposed Jury Instructions filed October 24, 2018
    Defendant's Proposed Voir Dire filed October 29, 2019.

**Please Note**: Jury instructions must comply with Local Rule 51.1

  **Motion in Limine: None anticipated. Due on or before November 27, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for December 2, 2019.

  **Please note:** Both parties request the second week of the trial docket.

  **IT IS SO ORDERED**

                */s/ Lajuana M. Counts*
                LAJUANA M. COUNTS
                UNITED STATES MAGISTRATE JUDGE